**E-FILED on** 4/22/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| S.C. WANG,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF MORGAN HILL,<br><br>        Defendant. | No. C-07-309 RMW<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |

    Plaintiff filed this action on January 17, 2007 and filed an application for leave to proceed in forma pauperis. The court denied the application on April 23, 2007 and directed plaintiff to pay the filing fee no later than May 18, 2007. Since then, however, plaintiff has not paid the filing fee despite the court' order to do so, and has not served defendant. Accordingly, plaintiff is hereby ordered to show cause why this action should not be dismissed. Plaintiff shall file his response on or before May 7, 2010. A show cause hearing shall be held on Friday, May 14, 2010 at 9:00 a.m. Failure to comply with this order shall result in this action being dismissed.

DATED:     4/22/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED—No. C-07-309 RMW
TER

**United States District Court**
For the Northern District of California

1 **Notice of this document has been sent to:**

2 **Counsel for Plaintiff:**

3 S.C. Wang
DVH 740/07011218
4 P.O. Box 361870
Milpitas, CA 95036
5

6 **Counsel for Defendants:**

7 No appearance

8
Counsel are responsible for distributing copies of this document to co-counsel that have not
9 registered for e-filing under the court's CM/ECF program.

10

11

12

13 **Dated:**      4/22/10                            TER
                                                    **Chambers of Judge Whyte**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED—No. C-07-309 RMW
TER                                                    2