**E-FILED on** 5/18/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| S.C. WANG, | No. C-07-309 RMW |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION |
| CITY OF MORGAN HILL, | |
| Defendant. | |

Pursuant to the court's April 22, 2010 order to show cause, plaintiff had until May 7, 2010 to file his response and demonstrate good cause why this action should not be dismissed for failure to comply with the court's orders. The April 22 order specifically advised plaintiff that a failure to comply would result in the dismissal of his action. Plaintiff failed to comply and did not file any papers in response to the April 22 order. Accordingly, the May 28, 2010 show cause hearing is hereby vacated and this action is hereby dismissed.

DATED:   5/18/10

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING ACTION—No. C-07-309 RMW
TER

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

S.C. Wang
DVH 740/07011218
P.O. Box 361870
Milpitas, CA 95036

**Counsel for Defendants:**

No appearance

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   5/18/10                           TER
                                    **Chambers of Judge Whyte**