**E-FILED on**   5/18/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| S.C. WANG, | No. C-07-309 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF MORGAN HILL, | |
| Defendant. | |

On May 18, 2010, the court dismissed this action for plaintiff's failure to comply with prior orders of the court.  Therefore,

It is hereby ordered, adjudged and decreed that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendant.

DATED:   5/18/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-07-309 RMW
TER

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

S.C. Wang
DVH 740/07011218
P.O. Box 361870
Milpitas, CA 95036

**Counsel for Defendants:**

No appearance

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     5/18/10                                                        TER
                                                                    **Chambers of Judge Whyte**

United States District Court
For the Northern District of California